**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **VISHNU KOLAL** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO.:  1:24-cv-721** |
| | * | |
| **GALEN ROBOTICS, INC. and** | * | |
| **BRUCE LICHOROWIC** | * | |
| | * | |
| **Defendants.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**JOINT STATUS REPORT AND STIPULATION OF DISMISSAL, WITH PREJUDICE,**
**AS TO ALL PENDING CLAIMS AGAINST DEFENDNAT BRUCE LICHOROWIC**

Plaintiff Vishnu Kolal ("Plaintiff") and Defendant Bruce Lichorowic ("Lichorowic"), through undersigned counsel, and in accordance with this Court's April 8, 2025, Order, jointly respond as follows:

1.    The Parties and their counsel deeply apologize to this Court for failing to file a timely report in compliance with this Court's February 24, 2025, Order.

2.    The Parties are pleased to inform this Court that all disputes between Plaintiff and Lichorowic, individually, have been fully resolved by private agreement executed by Plaintiff and Lichorowic.

3.    Consequently, pursuant to Federal Rule 41(a)(1)(ii), Plaintiff and Lichorowic jointly stipulate to the dismissal, *with prejudice*, of all Plaintiff's pending claims in this action against Lichorowic, individually.

4.    By or before Friday, May 9, 2025, Plaintiff will file his renewed and more robustly supported Motion under Federal Rule 55 for entry of Default Judgment against the remaining entity defendant, Galen Robotics, Inc.

Respectfully submitted,

_/s/Gregg C. Greenberg_____
Gregg C. Greenberg, Bar No. 17291
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Tel: (240) 428-1053
GGreenberg@zagfirm.com

*Counsel for Plaintiff*


__/s/_Timothy C. Bass_____
Timothy C. Bass
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel:  (703) 749-1300
Basst@gtlaw.com

*Counsel for Bruce Lichorowic*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2025, a true and correct copy of the foregoing Joint Status Report was electronically served on all counsel of record by and through the Court's ECF System.


__/s/_Gregg C. Greenberg_____
Gregg C. Greenberg

2